VORYS, SATER, SEYMOUR AND PEASE LLP
Cory D. Catignani, Bar No. 332551
*cdcatignani@vorys.com*
2211 Michelson Drive, Suite 500
Irvine, CA 92612
Telephone: (949) 526-7904
Facsimile: (949) 526-7904

Attorneys for Defendant
PARKER HANNIFIN CORPORATION

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

CARL ELLIS, an Individual,

Plaintiff,

v.

PARKER HANNIFIN CORPORATION, et al.,

Defendants.

Case No.: 8:25-cv-00563-MRA-KES

**NOTICE OF DEFENDANT PARKER-HANNIFIN CORPORATION'S PARTIAL MOTION FOR JUDGMENT ON THE PLEADINGS**

[*Filed concurrently with Memorandum of Points and Authorities in Support of Motion; Declaration of Cory D. Catignani; Request for Judicial Notice; and [Proposed] Order*]

Hearing Date: August 25, 2025
Hearing Time: 1:30 p.pm.
Location: Courtroom 9B
Judge: Hon. Mónica Ramírez Almadani

**TO PLAINTIFF CARL ELLIS ("PLAINTIFF") AND HIS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on August 25, 2025, at 1:30 p.m., before the Hon. Mónica Ramírez Almadani in Courtroom 9B of the Ronald Reagan Building and United States Courthouse, 411 West Fourth Street, Santa Ana, California 92701-4516, Defendant Parker-Hannifin Corporation ("Defendant") will and hereby does move for partial judgment on the pleadings on the First, Second, Third,

Fourth, Fifth, Sixth, Tenth, Eleventh, Twelfth, Thirteenth, and Fourteenth Causes of Action in Plaintiff's Complaint, with prejudice, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. The First, Second, Third, Fourth, Fifth, Sixth, Tenth, Eleventh, Twelfth, Thirteenth, and Fourteenth Causes of Action fail to state a claim against Defendant on which relief can be granted because they are barred by the statute of limitations, and must therefore be dismissed without leave to amend.

This Motion is supported by the Memorandum of Points and Authorities filed concurrently herewith, and is made following the conference of counsel pursuant to L.R. 7-3, which took place on June 23, 26, and 27, 2025. (*See* Declaration of Cory D. Catignani, ¶¶ 3-5.)

Dated: July 21, 2025

Respectfully Submitted,

VORYS, SATER, SEYMOUR AND PEASE LLP

By: /s/ *Cory D. Catignani*
Cory D. Catignani

*Attorneys for Defendant*
PARKER-HANNIFIN CORPORATION